CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKIE M. MILLER, JR., | ) | CASE NO. 7:11CV00180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| ROBERT O. MARSH, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motion for voluntary nonsuit as to Defendant Stephens (ECF No. 35) is **GRANTED** and all claims against this defendant are **DISMISSED** without prejudice;

2. The motion to dismiss filed by Defendants Marsh and Meadows is **GRANTED**;

3. The motion for summary judgment filed by Defendants Schilling and Hepler is **GRANTED**;

4. Any related claims under state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and

5. This action is **STRICKEN** from the active docket of the court.

ENTER: This 12th day of March, 2012.

/s/ Glen Conrad
Chief United States District Judge